IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LENOVO (UNITED STATES) INC. and MOTOROLA MOBILITY LLC,<br><br>Plaintiffs,<br><br>v.<br><br>INTERDIGITAL TECHNOLOGY CORPORATION, IPR LICENSING, INC., INTERDIGITAL COMMUNICATIONS, INC., INTERDIGITAL HOLDINGS, INC., and INTERDIGITAL, INC.,<br><br>Defendants. | C.A. No. 20-493-LPS |

## ORDER GRANTING LEAVE TO PARTICIPATE IN THE OCTOBER 27 TELECONFERENCE ARGUMENT

At Wilmington this **6th** day of **October, 2020,**

Having considered the United States' Motion for Leave to Participate in the October 27 Teleconference Argument (D.I 32); the United States' Statement of Interest (D.I 13); Lenovo Inc. and Motorola Mobility LLC's Statement in Response (D.I. 23); and the United States' Statement in Reply (D.I. 28); and particularly in view of the unopposed nature of the United States' request;

IT IS HEREBY ORDERED that the United States' Motion for Leave to Participate in the October 27 Teleconference Argument (D.I 32) is GRANTED.

IT IS FURTHER ORDERED that at the October 27 argument, the following time allocations shall apply: (i) Plaintiffs will have a total of 75 minutes; (ii) Defendants will have a total of 75 minutes; and (iii) the United States will have a total of 30 minutes. Except as modified by this Order, all other provisions of the Court's September 14, 2020 Oral Order (D.I. 30) shall apply.

HONORABLE LEONARD P. STARK
UNITED STATES DISTRICT JUDGE