# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LENOVO (UNITED STATES) INC. and MOTOROLA MOBILITY LLC, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) C.A. No.: 20-493-JDW<br>)<br>) **JURY TRIAL DEMANDED** |
| INTERDIGITAL TECHNOLOGY CORPORATION, IPR LICENSING, INC., INTERDIGITAL COMMUNICATIONS, INC., INTERDIGITAL HOLDINGS, INC., and INTERDIGITAL, INC., | )<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

## STIPULATION OF DISMISSAL

WHEREAS, the parties have entered into a binding settlement and arbitration agreement relating to the disputes raised in the above-captioned action, requiring the dismissal of the parties' respective claims;

IT IS HEREBY STIPULATED AND AGREED pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(ii) that the parties to this action, by and through their undersigned counsel, stipulate to a dismissal of this action, including all claims and counterclaims, with each party to bear its own costs and attorneys' fees.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNEL LLP | SMITH, KATZENSTEIN & JENKINS LLP |
| /s/ Roger D. Smith | /s/ Neal C. Belgam |
| Jack B. Blumenfeld (No. 1014) | Neal C. Belgam (No. 2721) |
| Rodger D. Smith II (No. 3778) | Daniel A. Taylor (No. 6934) |
| Cameron P. Clark (No. 6647) | 1000 West Street, Suite 1501 |
| 1201 North Market Street | Wilmington, DE 19801 |
| P.O. Box 1347 | (302) 652-8400 |
| Wilmington, DE 19899 | nbelgam@skjlaw.com |
| (302) 658-9200 | dtaylor@skjlaw.com |
| jblumenfeld@morrisnichols.com | |
| rsmith@morrisnichols.com | *Attorneys for Defendants InterDigital Technology Corporation, IPR Licensing, Inc., InterDigital Communications, Inc., InterDigital Holdings, Inc., and InterDigital, Inc.* |
| cclark@morrisnichols.com | |
| *Attorneys for Plaintiffs Lenovo Holding Company, Inc., Lenovo (United States) Inc., and Motorola Mobility LLC* | |

Dated: October 11, 2024

SO ORDERED THIS _____ day of _____, 2024

_____
UNITED STATES DISTRICT JUDGE