**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| LENOVO (UNITED STATES) INC. and MOTOROLA MOBILITY LLC,<br><br>Plaintiffs,<br><br>v.<br><br>INTERDIGITAL TECHNOLOGY CORPORATION, IPR LICENSING, INC., INTERDIGITAL COMMUNICATIONS, INC., INTERDIGITAL HOLDINGS, INC., and INTERDIGITAL, INC.,<br><br>Defendants. | ) | C.A. No.: 20-493-JDW<br><br>**JURY TRIAL DEMANDED** |

**STIPULATION OF DISMISSAL**

WHEREAS, the parties have entered into a binding settlement and arbitration agreement relating to the disputes raised in the above-captioned action, requiring the dismissal of the parties' respective claims;

IT IS HEREBY STIPULATED AND AGREED pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(ii) that the parties to this action, by and through their undersigned counsel, stipulate to a dismissal of this action, including all claims and counterclaims, with each party to bear its own costs and attorneys' fees.

MORRIS, NICHOLS, ARSHT & TUNNEL LLP

/s/ Roger D. Smith
Jack B. Blumenfeld (No. 1014)
Rodger D. Smith II (No. 3778)
Cameron P. Clark (No. 6647)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@morrisnichols.com
rsmith@morrisnichols.com
cclark@morrisnichols.com

*Attorneys for Plaintiffs Lenovo Holding Company, Inc., Lenovo (United States) Inc., and Motorola Mobility LLC*

SMITH, KATZENSTEIN & JENKINS LLP

/s/ Neal C. Belgam
Neal C. Belgam (No. 2721)
Daniel A. Taylor (No. 6934)
1000 West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
nbelgam@skjlaw.com
dtaylor@skjlaw.com

*Attorneys for Defendants InterDigital Technology Corporation, IPR Licensing, Inc., InterDigital Communications, Inc., InterDigital Holdings, Inc., and InterDigital, Inc.*

Dated: October 11, 2024

SO ORDERED THIS 15th day of October, 2024

*/s/ Joshua D. Wolson*
UNITED STATES DISTRICT JUDGE